UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KELVIN WILLIAMS

VERSUS

DUN TRANSPORTATION & STRINGING
INC ET AL

CIVIL ACTION NO. 25-cv-2101

JUDGE VAN HOOK

MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

The **Motion to Intervene (Doc. 13)** is **denied** without prejudice.  The law is clear that the amount in controversy in an intervention must exceed $75,000.  Griffin v. Lee, 621 F.3d 380 (5th Cir. 2010); Sharpley v. Covenant Testing, 2024 WL 5083750 (W.D. La. 2024) (Hornsby, M.J.).  The motion may be refiled if movant can show that the amount in controversy in the intervention exceeds $75,000.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of March, 2026.

Mark L. Hornsby
U.S. Magistrate Judge